UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NYKCOOL A.B.,

                                        Plaintiff,

       -against-                              12 Civ. 5754 (LAK)

PACIFIC INTERNATIONAL SERVICES, INC., et al.

                                     Defendants.
-----------------------------------------------------------------x

## JUDGMENT ~~ENTRY~~ PURSUANT TO
## RULE 54(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE

The Court previously issued an Order dated June 14, 2013, granting in part and denying in part, Plaintiff NYKCool A.B.'s ("NYK") motions for summary judgment. For the reasons set forth in the Order of June 14, 2013 Plaintiff's motion for summary judgment (DI 49) is granted with respect to corporate defendants Pacific International Services, Inc. ("PISI"), Pan American Trading Company, Inc. ("PAI"), Fruit Importers Americas, Inc. ("FIA"), Pacific Group Holding, Inc. ("PGH"), and Ecuadorian Line, Inc. ("Ecuadorian") ~~as well as defendants in interest Pacific Fruit, Inc. ("Pacific") and Kelso Enterprises, Ltd. ("Kelso").~~ The amount of the judgment for NYKCool A.B. is $8,787,157 against the above named defendants, jointly and severally, together with interest and costs thereon. Plaintiff's motions for summary judgment are denied as to defendants South Pacific Shipping Co., Ltd., Carlos Aguirre and Edward Hickey.

In this case the claims against the defendants against which judgment is granted are separate from the remaining claims. Additionally, the Court finds no just reason for delay, as

plaintiff long has been frustrated in its efforts to collect more than $8 million by the actions of the defendants against which this judgment is granted and plaintiff should not be further prejudiced by the continued pendency of the action against the remaining defendants.

Therefore, for the reasons stated herein, and in the Court's Order dated June 14, 2013

IT IS ORDERED, ADJUDGED and DECREED that judgment is entered in favor of plaintiff as against defendants Pacific International Services, Inc., Pan American Trading Company, Inc., Fruit Importers Americas, Inc., Pacific Group Holding, Inc., and Ecuadorian Line, Inc., ~~as well as defendants in interest Pacific Fruit Inc. and Kelso Enterprises Ltd.~~ for $8,787,157 ~~against the above named defendants,~~ jointly and severally, together with interest and costs thereon.

This Judgment ~~Entry~~ is hereby certified and entered by the Court pursuant to Rule 54(b) of the Federal Rules of Civil Procedure which ~~that it~~ has determined there is no just reason for delay of the entry of final judgment and that the Court has and does hereby direct that the judgments granted hereby shall be final judgments for all purposes.

IT IS SO ORDERED

DATE: New York, New York

June 2_, 2013

Approved:

/s/ Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York

**Ruby J. Krajick**
Clerk of the Court

By: _____