UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NYKCool A.B.,

       Plaintiff,

    -against-

PACIFIC INTERNATIONAL SERVICES,
INC., PAN AMERICAN TRADING COMPANY,
INC., FRUIT IMPORTERS AMERICAS,
INC., PACIFIC GROUP HOLDING, INC.,
ECUADORIAN LINE, INC., SOUTH PACIFIC
SHIPPING CO. LTD., ALVARO FERNANDO
NOBOA PONTON, CARLOS AGUIRRE, CARLOS
AHLSTROM, EDWARD HICKEY, and ROBERT
KISSINGER

       Defendants.

    -and-

PACIFIC FRUIT INC. and KELSO
ENTERPRISES LTD.,

       Defendants-in-Interest.
------------------------------------X

12 Civ. 5754 (LAK)

ORDER TO SHOW CAUSE

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: AUG 01 2013] KAPLAN

    Upon the annexed Declaration of Edward A. Keane and the Exhibits annexed thereto, including two letter Memorandum of Law and the pleadings and proceedings hereto had herein:

    Let the defendants PACIFIC INTERNATIONAL SERVICES, INC., PANAMERICAN TRADING COMPANY, INC., FRUIT IMPORTERS AMERICAS, INC., PACIFIC GROUP HOLDING, INC., ECUADORIAN LINE, INC., ALVARO FERNANDO NOBOA PONTON, CARLOS AGUIRRE, and EDWARD HICKEY show cause before this Honorable ~~Lewis A. Kaplan~~ Lorna G. Schofield, United States District Court

1

Judge, at ~~500 Pearl Street,~~ 40 Foley Square Courtroom ~~12D,~~ 1106 pursuant to Rules 63, 64, 65, 66, 69, and 70 of Federal Rules of Civil Procedure, on the 14th day of August 2013 at 2:30 o'clock in the pm ~~noon~~ or as soon thereafter as counsel can be heard why an Order shall not be entered enjoining the said defendants from further dissipation, alienation, and/or secreting of the defendant judgment debtors' assets and/or rights to use of the "Bonita" brands of bananas; setting aside the fraudulent transfer of the Bonita business; appointing a receiver under Section 5228 of the New York Civil Practice Law and Rules to administer the judgment debtors' business and the use of the "Bonita" brands of bananas, granting to plaintiff such other and different relief as to the Court may seem just and proper.

And it is ordered, that, pending the hearing and determination of this motion, the said defendants, their, agents, officers, employees, and representatives, and all persons acting in concert and participating with them, are hereby enjoined from further dissipation, alienation, and/or secreting of the defendant judgment debtors' assets and/or rights to use of the "Bonita" brands of bananas.

Let service of a copy of this Order and the accompanying Declaration and Exhibits, if served upon Mess'rs Hill Rivkins LLP at the attention of Mr. Michael D. Wilson, Esq., 45 Broadway, Suite 1500, N.Y., N.Y. 10006-3793, on or before **5:00** o'clock in the **PM** ~~noon~~ on **Aug. 5**, 2013 (service to be made either by courier, fax, hand or email) be deemed good and sufficient service.

Answering papers, if any, including but not limited to affidavits, affirmations, declarations, exhibits and/or memorandum of law, shall be served so as to be received by counsel for the movant, Mahoney & Keane, LLP by email on or before **12:00 noon** ~~Aug. 9~~ o'~~clock in the~~ ~~noon~~ on **Aug. 9,** 2013.

Dated:   New York, New York
         August **1**, 2013

_____
                                    U.S.D.J.
Part I