USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
NYKCOOL A.B.,

        Plaintiff,

    -against-                        12 Civ. 5754 (LAK)

PACIFIC FRUIT, INC., et al.,

        Defendants.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's motion for a default judgment as to Transfruit, S.A. [DI 128] is granted in all respects, substantially for the reasons set forth in the report and recommendation of Magistrate Judge Andrew J. Peck, dated December 20, 2013 (the "R&R"). The limited objections of Fruit Importers Americas, Inc., Edward Hickey and Carlos Aguirre are overruled both on the merits and on the additional ground that they failed to oppose the motion before the Magistrate Judge and failed to place before the Magistrate Judge the evidence upon which they now rely.

        SO ORDERED.

Dated:      March 11, 2014

                                            _____
                                            Lewis A. Kaplan
                                            United States District Judge