John C. Ohman
Alfred G. Feliu
VANDENBERG & FELIU, LLP
60 East 42nd Street, 51st Floor
New York, New York 10165
Telephone: (212) 763-6800
Facsimile: (212) 763-6810

*Attorneys for Defendant Truisfruit S.A.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NYKCOOL A.B.,<br><br>        Plaintiff,<br><br>   - against -<br><br>PACIFIC INTERNATIONAL SERVICES, INC., PAN AMERICAN TRADING COMPANY, INC., FRUIT IMPORTERS AMERICAS, INC., PACIFIC GROUP HOLDING, INC., ECUADORIAN LINE, SOUTH PACIFIC SHIPPING CO. LTD., ALVARO FERNANDO NOBOA PONTON, CARLOS AGUIRRE, CARLOS AHLSTROM, EDWARD HICKEY, ROBERT KISSINGER, AND TRUISFRUIT S.A.,<br><br>        Defendants,<br><br>   - and -<br>PACIFIC FRUIT INC. and KELSO ENTERPRISES LTD.,<br>        Defendants-in-Interest. | 12 Civ. 5754 (LAK)(AJP)<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT** |

Defendant Truisfruit, S.A. hereby appeals to the United States Court of Appeals for the Second Circuit, pursuant to Rules 3, 4 and 6 of the Federal Rules of Appellate Procedure, the Judgment (the "Judgment") [Docket No. 151] entered by the United States District Court for the Southern District of New York (the "District Court") on March 18, 2014, in favor of Plaintiff NYKCool A.B. in the amount of $8,787,157.00, together with interest and costs thereon, against Defendant Truisfruit, S.A. A copy of the Judgment is attached hereto as Exhibit A.

The names of all parties to this appeal, and the names, addresses and telephone numbers of their respective counsel, are as follows:

| **Defendant Truisfruit, S.A. and Counsel** | **Other Interested Parties and Counsel** |
|---|---|
| John C. Ohman<br>Alfred G. Feliu<br>VANDENBERG & FELIU, LLP<br>60 East 42nd Street, 51st Floor<br>New York, New York 10165<br>Telephone: (212) 763-6800<br>Facsimile: (212) 763-6810<br><br>*Attorneys for Defendant Truisfruit S.A.* | Edward A. Keane<br>MAHONEY & KEANE LLP<br>11 Hanover Square, Tenth Floor<br>New York, New York 10005<br>Telephone: (212) 385-1422<br><br>*Attorneys for Plaintiff NYKCool A.B.*<br><br>Michael D. Wilson<br>Hill Rivkins LLP<br>45 Broadway, 15th Floor<br>New York, New York 10006<br>Telephone: (212) 669-0600<br><br>*Attorneys for Pacific International Services, Inc., Pan American Trading Company, Inc., Fruit Importers Americas, Inc., Pacific Group Holding, Inc., Ecuadorian Line, Inc., South Pacific Shipping Co. Ltd., Alvaro Fernando Noboa Ponton, Carlos Aguirre, Carlos Ahlstrom, Edward Hickey and Robert Kissinger*<br><br>James H. Power<br>HOLLAND & KNIGHT LLP<br>31 West 52nd Street<br>New York, New York 10019<br>Telephone: (212) 513-3494<br><br>*Attorneys for Garnishee Redi Fresh Produce Inc.*<br><br>Benjamin Stillwell Thompson<br>THOMPSON & ASSOCIATES LLC<br>369 Lexington Avenue, Suite 327<br>New York, New York 10017<br>Telephone: (646) 770-1097<br><br>*Attorneys for ADR Provider Maria C. Aguirre* |

Dated: New York, New York
April 17, 2014

VANDENBERG & FELIU LLP

/s/ _____
John C. Ohman
60 East 42nd Street, 51st Floor
New York, New York 10165
Telephone: (212) 763-6800
Facsimile: (212) 763-6810
Email: johman@vanfeliu.com
Email: afeliu@vanfeliu.com

*Attorneys for Defendant Truisfruit S.A.*