UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NYKCOOL A.B.,

                    Plaintiff,

          -against-                                          12 Civ. 5754 (LAK)

PACIFIC INTERNATIONAL SERVICES, INC., et al.,

                    Defendants,

          -and-

PACIFIC FRUIT INC. and KELSO ENTERPRISES, INC.,

                    Defendants-in-Interest.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

          Plaintiff's motion for a default judgment as to defendant Alvara Fernando Noboa
Ponton in the amount of $6,956,036.17 plus interest and attorneys' fees is granted

          SO ORDERED.

Dated:        April 28, 2014

## MEMO ENDORSED

                                        _____
                                              Lewis A. Kaplan
                                        United States District Judge

Order Vacated

SO ORDERED

LEWIS A. KAPLAN, USDJ