UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
NYKCOOL A.B.,

        Plaintiff,

    -against-

PACIFIC INTERNATIONAL SERVICES,
INC., PAN AMERICAN TRADING
COMPANY,INC., FRUIT IMPORTERS
AMERICAS, INC., PACIFIC GROUP
HOLDING, INC.,ECUADORIAN LINE,
SOUTH PACIFIC SHIPPING CO. LTD.,
ALVARO FERNANDO NOBOA PONTON,
CARLOS AGUIRRE, CARLOS AHLSTROM,
EDWARD HICKEY, ROBERT KISSINGER,
and TRUISFRUIT S.A.,

        Defendants,

    -and-

PACIFIC FRUIT INC. and KELSO
ENTERPRISES LTD.,

        Defendants-in Interest.

----------------------------------X

**12 Civ. 5754 (LAK)(AJP)**

NOTICE OF MOTION *IN LIMINE*

    PLEASE TAKE NOTICE, that plaintiff, NYKCOOL A.B. ("NYKCool"), will move the Court before the Honorable Lewis A. Kaplan at the Courthouse located at 500 Pearl Street, New York, New York, for an order precluding or, in the alternative, limiting the testimony at trial of the defendants' declared witnesses, Carlos Aguirre and/or Edward Hickey, taking judicial notice at trial of the Court's prior

findings, and granting to NYKCool such other and further

relief as the Court may deem just and proper.

Dated:    New York, New York
          May 30, 2014

                              MAHONEY & KEANE, LLP
                              Attorneys for Plaintiff

                   By:    _____
                              Edward A. Keane
                              40 Worth Street, Tenth Floor
                              New York, New York 10013
                              (212) 385-1422

2