UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NYKCOOL A.B.,

                Plaintiff,

       -against-                                   12-cv-5754 (LAK)

PACIFIC INTERNATIONAL SERVICES, INC., et al.,

                Defendants,

       -and-

PACIFIC FRUIT INC. and KELSO ENTERPRISES, INC.,

                Defendants-in-Interest.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Truisfruit, S.A. moves, pursuant to Rule 60(b), to vacate the default judgment entered against it on March 18, 2014.[1] Truisfruit filed this motion on May 13, 2014, approximately one month after it filed a notice of appeal.[2] The Second Circuit "has repeatedly held that the docketing of a notice of appeal 'ousts the district court of jurisdiction except insofar as it is reserved to it explicitly by statute or rule.'"[3] A district court may deny, but may not grant, a Rule 60(b) motion after an appeal has been taken absent permission from the circuit court.[4]

---

[1] DI 179.

[2] The notice of appeal was filed on April 17, 2014. DI 156.

[3] *Toliver v. Cnty. of Sullivan*, 957 F.2d 47, 49 (2d Cir. 1992) (quoting *Ryan v. United States Line Co.*, 303 F.2d 430, 434 (2d Cir. 1962)).

[4] *Id.*

2

        In light of the pending appeal and in the interest of judicial economy, the Court declines to entertain the motion. Truisfruit's Rule 60(b) motion [DI 179] and its separately filed motion for a hearing [DI 183] are denied.

        SO ORDERED.

Dated:     July 15, 2014

_____
Lewis A. Kaplan
United States District Judge