Kaplan, J.

RECEIVED MAR 1 0 2015 JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NYKCool A.B.,

    Plaintiff,

    -against-

PACIFIC INTERNATIONAL SERVICES, INC.,
PAN AMERICAN TRADING COMPANY, INC.,
FRUIT IMPORTERS AMERICAS, INC., PACIFIC
GROUP HOLDING, INC., ECUADORIAN LINE,
INC., SOUTH PACIFIC SHIPPING CO. LTD.,
ALVARO FERNANDO NOBOA PONTON,
CARLOS AGUIRRE, CARLOS AHLSTROM,
EDWARD HICKEY, and ROBERT KISTINGER

    Defendants.

    -and-

PACIFIC FRUIT INC. and KELSO ENTERPRISES
LTD.,

    Defendants-in-Interest.
----------------------------------------X

12 Civ. 5754 (LAK)

STIPULATION OF
DISMISSAL WITH
PREJUDICE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/15

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys of record for the respective parties hereto, that the above-entitled action be and the same hereby is settled and discontinued with prejudice and without costs to either party as against the other.

    This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: March 10, 2015

New York, New York

1

MAHONEY & KEANE, LLP
Attorneys for Plaintiff

By: _____
Edward A. Keane, Esq.

40 Worth St.-10th Floor
New York, N.Y. 10013

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
Attorneys for Defendants

By: _____
Daniel B. Goldman, Esq.
1177 Avenue of the Americas
New York, New York 10036

**SO ORDERED:**

_____
U.S.D.J.

3/11/15